B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern Division

In re Raymond Godbout                ,         Case No. 22-07525

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Land Home Financial Services | Nationstar Mortgage LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    Land Home Financial Services
    3611 S Harbor Blvd Ste 100
    Santa Ana, CA 92704
Phone: (877) 557-9042
Last Four Digits of Acct #: 3945

Court Claim # (if known): 4
Amount of Claim: $331,441.73
Date Claim Filed: September 13, 2022

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
    Land Home Financial Services
    ATTN: Payment Processing
    PO Box 25164
    Santa Ana, CA 92799-5164
Phone: (877) 557-9042
Last Four Digits of Acct #: 3945

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Taylor Bartle, Supervisor          Date: February 28, 2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

48067590

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Transfer of Claim Other Than for Security was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 28, 2023:

<u>Trustee via E-Filing</u>
GLENN B STEARNS
stearns_g@lisle13.com

<u>Debtors' Counsel via E-Filing</u>
DAVID FREYDIN
david.freydin@freydinlaw.com

/s/ Taylor Bartle, Supervisor
Taylor Bartle, Supervisor

48067590