# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

| | | | |
|---|---|---|---|
| Case Title: | Raymond Godbout | Case Number: | 22-07525 |

An appearance is hereby filed by the undersigned as attorney for:
Laelia LLC

Attorney name (type or print):   Nisha B. Parikh

Firm:   Diaz, Anselmo & Associates LLC

Street address:   1771 W. Diehl Road, Suite 120 | Naperville, IL 60563

Bar ID Number:   6298613          Telephone Number:   **(630) 453-6960**
(See item 3 in instructions)

Email Address:   ILbankruptcy@dallegal.com

| | |
|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes  ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes  ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes  ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes  ☒ No |
| If this is a criminal case, check your status. | ☐ Retained Counsel |
| | ☐ Appointed Counsel |
| | If appointed counsel, are you |
| | ☐ Federal Defender |
| | ☐ CJA Panel Attorney |

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.

I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: 05/31/2023

Attorney signature:   /S/          Nisha B. Parikh
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, a true and correct copy of the foregoing "Notice of Appearance" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David Freydin, Debtor's Counsel

    Glenn B Stearns, Trustee

    Patrick S Layng, U.S. Trustee

                                             /s/ Jaclene Morris

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B23050050